UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LANCE ANDRE LUCAS,<br><br>**Defendant** | CRIMINAL NO. CCB-20-0054 |

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Derek E. Hines, Assistant United States Attorney for the District of Maryland, as counsel for the United States of America in the above-referenced matter.[1]

Respectfully submitted,

Robert K. Hur
United States Attorney

By: ___/s/_____
Derek E. Hines
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800

Approved.
4/23/20
Catherine C. Blake
U.S. District Court

---

[1] Undersigned counsel will continue to represent the United States in the Eastern District of Pennsylvania where he has accepted a position at the U.S. Attorney's Office in Philadelphia.