**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

July 30, 2020

MEMORANDUM TO COUNSEL

    Re:    *United States v. Lance Andre Lucas*
              <u>Criminal No. CCB-20-0054</u>

Dear Counsel:

    This will confirm the results of our conference call today. The sentencing in this case has been scheduled for **September 17, 2020,** at **2:15 p.m**., to be held remotely. Sentencing memoranda are due two weeks in advance. Counsel will be contacted to confirm the logistics of audio and video recording approximately one week before the proceeding.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

    Sincerely yours,

    /S/

    Catherine C. Blake
    United States District Judge